# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TYRONE HURT, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Docket no. 1:14-cv-498-GZS ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
|       Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Complaint, contained within the Complaint is an "affidavit of poverty," which the Court generously construes as application to proceed *in forma pauperis*. The Court assumes that Plaintiff's financial information is as represented in his most recently filed application to proceed *in forma pauperis* (ECF No. 4 in D. Me. Docket # 1:14-cv-416-GZS). Therefore, the Application to Proceed *In Forma Pauperis* (ECF No. 2) is hereby GRANTED. Upon the Court's review of the Complaint, the Court concludes this case must be DISMISSED in accordance with 28 U.S.C. § 1915(e)(2).

To the extent that the handwritten Complaint contains any discernable allegations, it appears that Plaintiff is attempting to bring a *Bivens* action against the United States of America. Attached to the Complaint are three letters Plaintiff apparently received from the President in response to his letters. Based on these attachments, the Court concludes that Plaintiff believes he has a claim related to firearms and/or ISIL. In short, the Complaint simply fails to allege any facts that give rise to a plausible claim of against the named defendant. Rather, the Complaint is apparently frivolous. Thus, the Court concludes the present Complaint fails to state a claim and must be DISMISSED. Additionally, the Court certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

                                                      /s/ George Z. Singal
                                                      United States District Judge

Dated this 24th day of November, 2014.